**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Baal Perazim Wellness, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

FKA Baal Perazim Youth Foundation, Inc.
DBA Maleness Gay Health and Wellness Summit
DBA Wellness Home Behavioral Health Services

**3. Debtor's federal Employer Identification Number** (EIN)

46-5746945

**4. Debtor's address**

**Principal place of business**

2835 N. Sheffield, Ste. 500
Chicago, IL 60657
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

https://wellnesshome.org/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

Debtor Baal Perazim Wellness, Inc.
Name
Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6214

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship ______
District ______ When ______ Case number, if known ______

Debtor Baal Perazim Wellness, Inc. Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Baal Perazim Wellness, Inc.
Name

Case number (if known) ____________

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026
MM / DD / YYYY

**X** ____________
Signature of authorized representative of debtor

Dr. Maurice A. Brownlee
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

**X** /s/ William J. Factor
Signature of attorney for debtor

Date September 30, 2026
MM / DD / YYYY

William Factor 6205675
Printed name

The Law Office Of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone (312) 878-6146 Email address wfactor@wfactorlaw.com

6205675 IL
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Baal Perazim Wellness and Health Services, PC | | | Relationship to you | Affiliate |
| District | NDIL | When | 9/30/26 | Case number, if known | |
| Debtor | Solara Therapy, Ltd. | | | Relationship to you | Affiliate |
| District | NDIL | When | 9/30/26 | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026

X ____________________
Signature of individual signing on behalf of debtor

Dr. Maurice A. Brownlee
Printed name

Chief Executive Officer
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): ____________________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alia<br>7036 W Belmont<br>Chicago, IL 60634 | | | | | | $3,293.00 |
| Anderson, Michael<br>3950 N CLARENDON AVE APT 3N<br>Chicago, IL 60613 | | | | | | $1,199.86 |
| BCBS of IL<br>300 E Randolph St<br>Chicago, IL 60601 | | | | | | $107,204.94 |
| Belanger, James<br>5320 N SHERIDAN RD<br>Apt 1605<br>Chicago, IL 60640 | | | | | | $1,939.34 |
| Bonifacio, Michael<br>2918 W LOGAN BLVD<br>Chicago, IL 60647 | | | | | | $910.00 |
| Bonifacio, Ramon<br>2918 W LOGAN BLVD<br>Unit 3E<br>Chicago, IL 60647 | | | | | | $1,575.00 |
| Change Healthcare<br>424 Church St, Suite 1400<br>Nashville, TN 37219 | | | | | | $2,226,510.00 |
| Comcast<br>1701 John F Kennedy Blvd<br>Philadelphia, PA 19103 | | | | | | $1,635.24 |
| eClinical Works<br>2 Technology Dr<br>Westborough, MA | | | | | | $20,442.73 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Experian Health<br>720 Cool Springs Blvd, Suite 200<br>Franklin, TN 37067 | | | | | | $3,180.03 |
| McIntosh, Brian<br>3340 W POTOMAC AVE UNIT 2<br>Chicago, IL 60651 | | | | | | $1,060.61 |
| Medeia Inc.<br>7 W Figuerora St #215<br>Santa Barbara, CA 93101 | | | | | | $8,700.00 |
| Mejta, Cheryl<br>803 N OAK PARK AVE<br>Oak Park, IL 60302 | | | | | | $891.20 |
| Mutual of Omaha<br>3300 Mutual of Omaha Plaza<br>Omaha, NE 68175 | | | | | | $6,476.22 |
| Oltean, Anthony<br>6033 N SHERIDAN RD<br>Unit 18M<br>Chicago, IL 60660 | | | | | | $609.28 |
| Sablo, Kahan<br>2249 E 92ND ST<br>Chicago, IL 60617 | | | | | | $2,836.32 |
| The Hartford<br>1 Hartford Plaza<br>Hartford, CT 06155 | | | | | | $15,975.00 |
| Tipton, Dawn<br>1813 W GRAND AVE Apt 1<br>Chicago, IL 60622 | | | | | | $2,369.92 |
| Trustifi<br>5725 S Valley View Blvd Suite 5<br>Las Vegas, NV 89118 | | | | | | $2,970.00 |
| Virtru<br>1801 Pennsylvania Ave NW, Floor 5<br>Washington, DC 20006 | | | | | | $8,677.33 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re Baal Perazim Wellness, Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Dr. Maurice A. Brownlee<br>2835 N. Sheffield Ave., Suite 500<br>Chicago, IL 60657 | | 100% | Sole ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date September 30, 2026

Signature
Dr. Maurice A. Brownlee

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re Baal Perazim Wellness, Inc. — Debtor(s)

Case No. ______

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 27

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Alia
7036 W Belmont
Chicago, IL 60634

Anderson, Michael
3950 N CLARENDON AVE APT 3N
Chicago, IL 60613

BCBS of IL
300 E Randolph St
Chicago, IL 60601

Belanger, James
5320 N SHERIDAN RD
Apt 1605
Chicago, IL 60640

Bonifacio, Michael
2918 W LOGAN BLVD
Chicago, IL 60647

Bonifacio, Ramon
2918 W LOGAN BLVD
Unit 3E
Chicago, IL 60647

Change Healthcare
424 Church St, Suite 1400
Nashville, TN 37219

Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

Crozier, Joshua
2138 W CRYSTAL ST
Apt 2
Chicago, IL 60622

eClinical Works
2 Technology Dr
Westborough, MA

Experian Health
720 Cool Springs Blvd, Suite 200
Franklin, TN 37067

Jimenez, Alexis
621 SPRINGWOOD DR
Joliet, IL 60431

McIntosh, Brian
3340 W POTOMAC AVE UNIT 2
Chicago, IL 60651

Medeia Inc.
7 W Figuerora St #215
Santa Barbara, CA 93101

Mejta, Cheryl
803 N OAK PARK AVE
Oak Park, IL 60302

Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Oltean, Anthony
6033 N SHERIDAN RD
Unit 18M
Chicago, IL 60660

P&G Advisors
644 E 79th St
Chicago, IL 60619

Reed, Nakia
8212 S ADA ST
Chicago, IL 60622

Robinson, Shundra
1916 W 163RD ST
Markham, IL 60428

Sablo, Kahan
2249 E 92ND ST
Chicago, IL 60617

Shaikh, Danish
630 N FRANKLIN ST
Apt 418
Chicago, IL 60654

Shields, Chris
821 W CORNELIA AVE APT 217
Chicago, IL 60657

The Hartford
1 Hartford Plaza
Hartford, CT 06155

Tipton, Dawn
1813 W GRAND AVE
Apt 1
Chicago, IL 60622

Trustifi
5725 S Valley View Blvd Suite 5
Las Vegas, NV 89118

Virtru
1801 Pennsylvania Ave NW, Floor 5
Washington, DC 20006