**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16260

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Savings | 3400 | $0.01 |
| 3.2. | Bank of America | Checking | 3538 | $31,465.25 |
| 3.3. | US Bank | Checking | 6624 | $198.32 |
| 3.4. | Bank of America | Checking | 7177 | $3,555.66 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $35,219.24

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc.
Name

Case number *(If known)* 26-bk-16260

Description, including name of holder of deposit

7.1. Security Deposit, 1823 W. 47th St., Chicago, IL 60609 $25,000.00

7.2. Security Deposit, 3416, 3418 and 3420 S. Halsted, Chicago, IL 60608 $24,972.57

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $49,972.57
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 135,909.75 | - | 101,932.30 | = .... | $33,977.45 |
| 11b. Over 90 days old: | 239,692.58 | - | 215,723.32 | =.... | $23,969.26 |

12. **Total of Part 3.** $57,946.71
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number *(If known)* 26-bk-16260
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Ten rooms of office furniture (desks, chairs, sofas) | Unknown | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | ~10 computers | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 1823 W. 47th St., Chicago, IL 60609 | Leasehold | Unknown | | Unknown |
| 55.2. | 3416, 3418 and 3420 S. Halsted, Chicago, IL 60608 | Leasehold | Unknown | | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number *(If known)* 26-bk-16260
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,219.24 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,972.57 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $57,946.71 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $143,138.52 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $143,138.52 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16260

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred** Sept. 2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: Unknown — Column B: $0.00

**2.2** Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred** Mar. 2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: Unknown — Column B: $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

including this creditor and its relative priority.

☐ Unliquidated
☒ Disputed

---

**2.3** Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Oct. 2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown $0.00

---

**2.4** Fiji Funding
Creditor's Name

1950 Swarthmore Ave, Unit 2
Lakewood, NJ 08701
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/28/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$163,985.25 $0.00

---

**2.5** Itria Ventures LLC
Creditor's Name

1 Penn Plaza, Suite 3130
New York, NY 10119
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/17/2025

**Last 4 digits of account number**
A287

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$258,082.82 $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 Itria Ventures LLC
Creditor's Name

1 Penn Plaza, Suite 3130
New York, NY 10119
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Receivables

$574,477.02 $0.00

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/30/2026

**Last 4 digits of account number**
A022

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 JRG Funding LLC
Creditor's Name

180 Maiden Lane, Fl 10
New York, NY 10038
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Receivables

$210,000.00 $0.00

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/13/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

2.8 LG Funding LLC
Creditor's Name

1218 Union St
Brooklyn, NY 11225
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Receivables

$253,646.00 $0.00

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

3/24/2026
**Last 4 digits of account number**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $1,460,191.09

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16260

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Anderson, Michael<br>3950 N CLARENDON AVE APT 3N<br>Chicago, IL 60613 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,065.96 | $4,065.96 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Belanger, James<br>5320 N SHERIDAN RD<br>Apt 1605<br>Chicago, IL 60640 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,454.33 | $7,454.33 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Bonifacio, Michael<br>2918 W LOGAN BLVD<br>Chicago, IL 60647 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,045.00 | $2,045.00 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

**2.4** Priority creditor's name and mailing address
Bonifacio, Ramon
2918 W LOGAN BLVD
Unit 3E
Chicago, IL 60647

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,325.00 $1,325.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.5** Priority creditor's name and mailing address
Crozier, Joshua
2138 W CRYSTAL ST
Apt 2
Chicago, IL 60622

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$880.00 $880.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.6** Priority creditor's name and mailing address
Jimenez, Alexis
621 SPRINGWOOD DR
Joliet, IL 60431

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$850.00 $850.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.7** Priority creditor's name and mailing address
McIntosh, Brian
3340 W POTOMAC AVE UNIT 2
Chicago, IL 60651

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,874.82 $1,874.82

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.8** Priority creditor's name and mailing address
Mejta, Cheryl
803 N OAK PARK AVE
Oak Park, IL 60302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,525.60 $1,525.60

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

2.9 Priority creditor's name and mailing address
Oltean, Anthony
6033 N SHERIDAN RD
Unit 18M
Chicago, IL 60660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,708.06 $1,708.06

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.10 Priority creditor's name and mailing address
Reed, Nakia
8212 S ADA ST
Chicago, IL 60622

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00 $135.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.11 Priority creditor's name and mailing address
Robinson, Shundra
1916 W 163RD ST
Markham, IL 60428

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$142.50 $142.50

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.12 Priority creditor's name and mailing address
Sablo, Kahan
2249 E 92ND ST
Chicago, IL 60617

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,367.37 $2,367.37

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

2.13 Priority creditor's name and mailing address
Shaikh, Danish
630 N FRANKLIN ST
Apt 418
Chicago, IL 60654

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$392.81 $392.81

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

**2.14** Priority creditor's name and mailing address
Shields, Chris
821 W CORNELIA AVE APT 217
Chicago, IL 60657

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$740.00 $740.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.15** Priority creditor's name and mailing address
Tipton, Dawn
1813 W GRAND AVE
Apt 1
Chicago, IL 60622

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,003.22 $4,003.22

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Alia
7036 W Belmont
Chicago, IL 60634

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,293.00

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
BCBS of IL
300 E Randolph St
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$107,204.94

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Change Healthcare
424 Church St, Suite 1400
Nashville, TN 37219

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$435,361.31

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,635.24

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

**3.5** **Nonpriority creditor's name and mailing address**
Department of the Treasury/IRS
PO Box 7346
Philadelphia, PA 19101-7346
**Date(s) debt was incurred** For Notice Purposes
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
eClinical Works
2 Technology Dr
Westborough, MA 01581
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,442.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Experian Health
720 Cool Springs Blvd, Suite 200
Franklin, TN 37067
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,180.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035
**Date(s) debt was incurred** For Notice Purposes
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Illinois Dept. of Employment Security
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Medeia Inc.
7 W Figuerora St #215
Santa Barbara, CA 93101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,476.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
P&G Advisors
6127 S. University Ave., Ste. 1256
Chicago, IL 60637
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number (if known) 26-bk-16260
Name

3.13 **Nonpriority creditor's name and mailing address**
The Hartford
1 Hartford Plaza
Hartford, CT 06155

**As of the petition filing date, the claim is:** *Check all that apply.* $15,975.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
Trustifi
5725 S Valley View Blvd Suite 5
Las Vegas, NV 89118

**As of the petition filing date, the claim is:** *Check all that apply.* $2,970.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Virtru
1801 Pennsylvania Ave NW, Floor 5
Washington, DC 20006

**As of the petition filing date, the claim is:** *Check all that apply.* $8,677.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Wellpoint Federal, Inc.
220 Virginia Ave
Indianapolis, IN 46204

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** For Notice Purposes

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 29,509.67 |
| **5b. Total claims from Part 2** | 5b. | + | $ 613,915.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 643,425.47 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16260

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease, 3416, 3418, 3420 S. Halsted St., Chicago. | 346W29TH LLC<br>268 W Alexander St.<br>Attn: Wei Zhou Li.<br>Chicago, IL 60616 |
| | State the term remaining | until 1/31/2028 | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease, 1823 W. 47th St., Chicago (basement and ground floor, about 13,000 sq ft per lease). | M10 Land Investments LLC<br>400 E Randolph St, Suite 2507<br>Attn: William P. Tsourapas<br>Chicago, IL 60601 |
| | State the term remaining | Month-to-Month (rejected and surrendered 10/22/26) | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Medical Billing Services Agreement | Physicians Revenue Group, Inc.<br>3250 Lacey Road, Suite 160<br>Downers Grove, IL 60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16260

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Baal Perazim W&HS, PC | | Itria Ventures LLC | ☒ D 2.5<br>☐ E/F<br>☐ G |
| 2.2 | Baal Perazim W&HS, PC | | Itria Ventures LLC | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.3 | Baal Perazim W&HS, PC | | LG Funding LLC | ☒ D 2.8<br>☐ E/F<br>☐ G |
| 2.4 | Maurice Antonio Brownlee | | Itria Ventures LLC | ☒ D 2.5<br>☐ E/F<br>☐ G |
| 2.5 | Maurice Antonio Brownlee | | Itria Ventures LLC | ☒ D 2.6<br>☐ E/F<br>☐ G |
| 2.6 | Maurice Antonio Brownlee | | LG Funding LLC | ☒ D 2.8<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness, Inc. Case number *(if known)* 26-bk-16260

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.7 | Solara Therapy, Limited | Itria Ventures LLC | ☒ D 2.6<br>☐ E/F _____<br>☐ G _____ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy